received ineffective assistance of trial counsel in that counsel failed to investigate and present testimony of Masden that the rap lyrics found in the appellant's prison cell, which were in the appellant's handwriting and linked the author of the lyrics to the murder, were actually composed by Masden and were merely recorded by the appellant. In Point III, the appellant claims that the motion court erred in denying his Rule 29.15 motion, after an evidentiary hearing, because the evidence presented at the motion hearing clearly established that he received ineffective assistance of trial counsel, in that counsel failed to present testimony from Masden's sister that her brother owned tennis shoes with a tread pattern which was similar to the pattern found imprinted on the victim's forehead and which the State had claimed at trial was from the appellant's tennis shoes.

Affirmed, pursuant to Rule 84.16(b).

Richard Colbert, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Douglass Noland, Assistant Attorney General, Kansas City, for Respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, PAUL M. SPINDEN, Judge, and JAMES M. SMART, JR., Judge.

### ORDER

Gregory Colbert appeals the circuit court's judgment dismissing his petition on the ground that it failed to state a claim upon which relief could be granted. We affirm. Rule 84.16(b).

**Gregory T. COLBERT, Appellant,**

v.

**Lashaun Y. ROSS, Steve Rolling, Gary Bailey, and Cindy Lech, Respondents.**

No. WD 64228.

Missouri Court of Appeals, Western District.

Jan. 18, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 1, 2005.

**MOORE, et ux, Appellants,**

v.

**CITY OF PARKVILLE, et al., Respondents.**

No. WD 63692.

Missouri Court of Appeals, Western District.

Jan. 18, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 1, 2005.